**Sears Bank and Trust Company, as Trustee Under Trust No. 120625, Plaintiff-Appellant, v. Village of Itasca, a Municipal Corporation, Defendant-Appellee.**

**Gen. No. 68–17. (Abstract of Decision.)**

Second Judicial District.

October 28, 1968.

Opinion by JUSTICE ABRAHAMSON.

**Not to be published in full.**